IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                    CASE NO. 4:00cr00062-01  JM

JOHN HENRY BENNETT

## ORDER

The Clerk of the Court is directed to file the Certificate of Death as to the above named Defendant under seal.

The Clerk is directed to provide a copy of this Order to the United States Marshal Service and the United States Probation Office.

IT IS SO ORDERED this 12th day of August, 2014.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE