IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

|   |   |   |
|---|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE DOCKET OF THE HONORABLE JAMES M. MOODY JR. | ) ) ) ) | ORDER TRANSFERRING CASES |

Due to the retirement of Judge James M. Moody, the Clerk's office has been delegated the authority to transfer all pending matters in closed criminal cases assigned to Judge James M. Moody to the docket of Judge James M. Moody Jr.

IT IS SO ORDERED.

Dated this day of 12th day of August, 2014.

AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK


By: /s/ Patricia L. Murray
        Deputy Clerk


cc:     Honorable James M. Moody Jr.
        Counsel of Record